UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JOHN ANDREW LYNN,<br><br>     Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY,<br><br>     Defendant. | Case No. CV-24-02 -GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

  IT IS ORDERED AND ADJUDGED IT IS ORDERED that:
  1. The Court REVERSES the decision of the Commissioner of the Social Security Administration and REMANDS this case to the Commissioner of the Social Security Administration for further proceedings.
  2. The Clerk is directed to enter judgment accordingly.

 Dated this 26th day of June, 2024.

        TYLER P. GILMAN, CLERK

        By: /s/ Kelsey Hanning
        Kelsey Hanning, Deputy Clerk